■ JPMORGAN CHASE BANK, Formerly Known as THE CHASE MANHATTAN BANK, Appellant, v MAMADI KABA, Respondent, et al., Defendants. [41 NYS3d 706]—

Order, Supreme Court, Bronx County (Betty Owen Stinson, J.), entered April 10, 2014, which, inter alia, denied plaintiff's motion for an order of reference and granted defendant Mamadi Kaba's cross motion to dismiss the complaint, unanimously reversed, on the law, without costs, the motion granted and the cross motion denied.

The motion court did not have the benefit of *Aurora Loan Servs., LLC v Taylor* (25 NY3d 355 [2015]), which said, "to have standing, it is not necessary to have possession of the mortgage at the time the action is commenced. . . . [T]he note, and not the mortgage, is the dispositive instrument that

conveys standing to foreclose under New York law" (*id.* at 361). Therefore, the court's finding that plaintiff lacked standing because it did not own the mortgage at the time it commenced this action, cannot stand. Concur—Tom, J.P., Acosta, Andrias, Moskowitz and Kahn, JJ.